UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:18-cr-234-T-35SPF

ALLAN BURT GUINTO,
   a/k/a "Big Beefy"

**PLEA AGREEMENT ADDENDUM**

The United States of America, the defendant, Allan Burt Guinto, and the attorney for the defendant, Benjamin Stechschulte, jointly file this addendum to clarify the Plea Agreement filed as Docket Number 221 (the Agreement).

The parties agree that "the Indictment," as the term is used in the Agreement, refers to the indictment that was operational at the time he executed the Agreement, that is, the Second Superseding Indictment filed at Docket Number 136. Specifically, the Agreement is meant by the parties to

signify Mr. Guinto's intention to plead guilty to Counts One, Two, and Eight of the Second Superseding Indictment.

DATED this 17th day of January, 2019.

MARIA CHAPA LOPEZ
United States Attorney

_____
Allan Burt Guinto
Defendant

_____
Natalie Hirt Adams
Assistant United States Attorney

_____
Benjamin Stechschulte
Attorney for Defendant

_____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and
Narcotics Section

**U.S. v. Christopher Cosimano, et al.**  Case No. 8:18-cr-234-T-35SPF

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jervis Wise, Esq.
Anne Borghetti, Esq.
Benjamin Stechschulte, Esq.
Jeff Brown, Esq.
T. Todd Doss, Esq.

By: /s/ Natalie Hirt Adams
Natalie Hirt Adams
Assistant United States Attorney
United States Attorney No. 141
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
(813) 274-6220 – facsimile
E-mail: natalie.adams@usdoj.gov