**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                               **CASE NO: 8:18-cr-234-T-35SPF**

**ALLAN BURT GUINTO**

_____

**ACCEPTANCE OF PLEA OF GUILTY
AND ADJUDICATION OF GUILT**

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty, (Dkt. 232) filed on January 17, 2019 and no objection thereto having been filed, it is **ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge, (Dkt. 232) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant, Allan Burt Guinto has entered a plea of guilty to Counts One, Two and Eight of the Second Superseding Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One, Two and Eight of the Superseding Indictment.

3. That sentencing is scheduled for **September 17, 2019 at 2:00 PM**. Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.

4. Sentencing memoranda **SHALL BE FILED IN EACH CASE** and shall be filed no later than ten (10) business days prior to the date of the sentencing hearing.

**DONE and ORDERED** in Tampa, Florida, this 14th day of February, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

- 2 -

Copies to:
Counsel of Record
U.S. Probation Office
U.S. Marshal Service