UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:18-cr-234-T-35SPF

ALLAN BURT GUINTO

**UNITED STATES' SENTENCING MEMORANDUM
IN SUPPORT OF THE PRESENTENCE REPORT**

On September 25, 2018, a federal grand jury returned a second superseding indictment in this case. Doc. 136. In relevant part, Counts One through Four charged the defendant, Allan Burt Guinto, with conspiracy to commit murder, murder, and firearms offenses related to the homicide of Paul Anderson, and Count Eight charged Guinto with accessory after the fact in relation to the attempted homicide of James Costa. *Id*.

Guinto began cooperating with law enforcement immediately after his arrest on December 22, 2017. Guinto provided a sworn statement to state prosecutors on February 8, 2018, and he testified before a federal grand jury on April 24, 2018. On January 17, 2019, Guinto pled guilty to Counts One, Two, and Eight. Doc. 228. On February 14, 2019, the Court accepted Guinto's plea and adjudicated him guilty. Doc. 242.

Guinto also testified at the July 2019 trial of his codefendants, Christopher Cosimano and Michael Mencher. Both Cosimano and Mencher were convicted and face mandatory life sentences. Docs. 381-382. In recognition of Guinto's cooperation, on September 10, 2019, the Government filed a motion requesting a four-level reduction in his offense level. Doc. 407.

Guinto is scheduled to be sentenced on September 17, 2019. Doc. 242. Prior to any consideration for his cooperation, Guinto's faces a sentencing range of life in prison, one to five years of supervised release, a fine of $50,000 to $250,000, and a $300 special assessment. Doc. 395. There are no unresolved objections by the Government or defense counsel as to the presentence report or the application of the guidelines. *Id*. In light of the factors set forth in 18 U.S.C. § 3553(a), the Government seeks a sentence in accordance with the guidelines reflected in Guinto's presentence report.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:        */s/ Carlton C. Gammons*
           Carlton C. Gammons
           Assistant United States Attorney
           Florida Bar No. 0085903
           400 N. Tampa Street, Suite 3200
           Tampa, Florida 33602-4798
           Telephone: (813) 274-6000
           Facsimile: (813) 274-6358
           E-mail: Carlton.Gammons@usdoj.gov

**U.S. v. Allan Guinto**                    **Case No. 8:18-cr-234-T-35SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2019, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system, which

will send a notice of electronic filing to counsel of record.

> */s/ Carlton C. Gammons*
> Carlton C. Gammons
> Assistant United States Attorney
> Florida Bar No. 0085903
> 400 N. Tampa Street, Suite 3200
> Tampa, Florida 33602-4798
> Telephone: (813) 274-6000
> Facsimile: (813) 274-6358
> E-mail: Carlton.Gammons@usdoj.gov