UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 8:18-cr-234-T-35SPF

ALLAN BURT GUINTO

### AMENDED MOTION BY THE UNITED STATES FOR DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE BASED UPON SUBSTANTIAL ASSISTANCE

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a six level reduction in the defendant's offense level and in support thereof states as follows:

### MEMORANDUM OF LAW

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, the defendant provided truthful and timely information to the United States, which resulted in one or more of his co-defendants pleading guilty or being convicted at trial. Accordingly, the United States believes that the defendant should receive a six level reduction in his offense level for his assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                                        Respectfully submitted,

                                        MARIA CHAPA LOPEZ
                                        United States Attorney

By:       */s/ Carlton C. Gammons*
            Carlton C. Gammons
            Assistant United States Attorney
            Florida Bar No. 0085903
            400 N. Tampa Street, Suite 3200
            Tampa, Florida 33602-4798
            Telephone: (813) 274-6000
            Facsimile: (813) 274-6358
            E-mail: Carlton.Gammons@usdoj.gov

U.S. v. Allan Guinto  Case No. 8:18-cr-234-T-35SPF

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Carlton C. Gammons*
Carlton C. Gammons
Assistant United States Attorney
Florida Bar No. 0085903
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Carlton.Gammons@usdoj.gov